Case No.  EDCV-17-522-R                                   Date: APRIL 25, 2017

Title:    ESTATE OF PAUL RICHARD WILSON
================================================================
PRESENT:  HONORABLE MANUEL L. REAL, JUDGE

| Christine Chung | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

None                                                      None

**PROCEEDINGS:**   ORDER (IN CHAMBERS) DISMISSING CASE

   The Court has reviewed the parties' Joint Status Report filed April 24, 2017, informing the Court that the issues involved in this matter have concluded. Upon the parties' request, the above-entitled action is hereby DISMISSED. The Clerk's Office is directed to close this case (JS-6).

**IT IS SO ORDERED.**

0:00 min